Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Dan Fruchter
Tyler H.L. Tornabene
Assistant United States Attorneys
920 W. Riverside Avenue, Suite 340
Spokane, Washington 99201
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 13 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO FELICIANO CRAWFORD,<br><br>Defendant. | 2:24-CR-0025-TOR<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

The Grand Jury charges:

On or about February 6, 2024, in the Eastern District of Washington, the Defendant, ANTONIO FELICIANO CRAWFORD, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Lorcin Model L380, .380 caliber pistol, bearing serial number 432129, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation set forth in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, ANTONIO FELICIANO CRAWFORD, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a Lorcin Model L380, .380 caliber pistol, bearing serial number 432129, and loaded ammunition.

DATED this 13th day of February, 2024.

A TRUE BILL



Vanessa R. Waldref
United States Attorney

Dan Fruchter
Assistant United States Attorney

Tyler H.L. Tornabene
Assistant United States Attorney

INDICTMENT – 2